IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN IRA BRONSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SUPERINTENDENT KEVIN KAUFFMAN, DISTRICT ATTORNEY OF WASHINGTON COUNTY, ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, <br><br> Defendants. | 2:19-CV-01519-CCW |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 1, 2021, Magistrate Judge Eddy issued a Report, ECF No. 42, recommending that Respondents' Motion to Dismiss, ECF No. 12, be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Respondents' Motion to Dismiss, ECF No. 12, is **DENIED**, and the Magistrate Judge's Report and Recommendation (Doc. 28) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 26th day of November, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc:  JOHN IRA BRONSON, JR.
     KV-1097
     SCI HUNTINGDON
     1100 PIKE STREET
     HUNTINGDON, PA 16654
     (via U.S. First Class Mail)

     John P. Friedmann
     Washington County District Attorney's Office
     (via ECF notification)